```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      AT NASHVILLE
```

CHELSEA DALTON,                )
                               )
    Plaintiff          )
                               )      No. 3:16-1969
v.                             )      Judge Campbell/Brown
                               )      **Jury Demand**
RENAL CARE GROUP, INC., *et al.*, )
                               )
    Defendants         )

**TO: THE HONORABLE TODD J. CAMPBELL**

## MODIFIED REPORT AND RECOMMENDATION

The Plaintiff has filed a motion to alter the judgment and/or for an extension of time to pay the filing fee and the Marshals Service fee (Docket Entry 29). I will consider this as a motion to amend my report and recommendation (Docket Entry 28) and after consideration, the motion is **GRANTED**. I will amend my report and recommendation to recommend that the Plaintiff be allowed until **January 13, 2017**, to pay the filing fee and the Marshals Service fee.

**ENTER** this 30th day of November, 2016.

                                         /s/   Joe B. Brown
                                         JOE B. BROWN
                                         United States Magistrate Judge